Jonathan M. Korn
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 750-7701 (Fax)
Korn@BlankRome.com

James N. Benedict (*Pro Hac Vice*)
Sean M. Murphy (*Pro Hac Vice*)
Andrea G. Hood
William P. Gross
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000 (Phone)
(212) 530-5219 (Fax)
JBenedict@Milbank.com
SMurphy@Milbank.com

*Attorneys for Defendants*

RECEIVED
NOV 10 2011
AT 8:30_____
WILLIAM T. WALSH
CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, for the use and benefit of the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, and the EQ/Intermediate Government Bond Index Portfolio,<br><br>Plaintiff,<br><br>vs.<br><br>AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC,<br><br>Defendants. | Civil Action No. 3:11-cv-4194 (PGS DEA)<br><br>**CONSENT ORDER EXTENDING DEFENDANTS' TIME TO MOVE IN RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE FOR THAT MOTION**<br><br>ELECTRONICALLY FILED |

**THIS MATTER** having been brought before the Court by consent of the parties, as appears from the signature of their respective counsel of record below, and for good cause having been shown:

137574.00601/50406657v.1

**WHEREAS**, on November 4, 2011, Plaintiff filed an Amended Complaint [Docket No. 15] in response to Defendants' Motion to Dismiss Plaintiff's Complaint [Docket No. 11];

**WHEREAS**, Plaintiff and Defendants agree that Defendants' Motion to Dismiss is now moot and it is not necessary to continue to brief that Motion to Dismiss;

**IT IS** on this _11th_ day of November, 2011;

**ORDERED** that Defendants' Motion to Dismiss [Docket No. 11] is hereby dismissed without prejudice;

**FURTHER ORDERED** that the time for Defendants AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC (collectively "Defendants") to file a Motion to Dismiss the Amended Complaint is hereby extended to December 19, 2011. Defendants have not requested any previous adjournments;

**FURTHER ORDERED** that Plaintiff shall file her opposition to Defendants' Motion to Dismiss the Amended Complaint by February 2, 2012; and

**FURTHER ORDERED** that Defendants shall file a reply to the opposition by March 5, 2012.

*[Handwritten note: As these dates were negotiated and agreed to be all counsel, there will be no extensions absent exceptional circumstances.]*

_____
HON. DOUGLAS E. ARPERT

The undersigned counsel for Plaintiff and Defendants hereby consent to the entry of this Order.

_____
Robert L. Lakind, Esquire
Szaferman, Lakind, Blumstein & Blader
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Phone: (609) 275-0400
Fax: (609) 275-4511
E-Mail: RLakind@Szaferman.com
*Attorneys for Plaintiff*

Dated: November _9_, 2011

_____
Jonathan M. Korn, Esquire
Blank Rome LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Phone: (609) 750-7707
Fax: (609) 897-7395
E-Mail: Korn@BlankRome.com
*Attorneys for Defendants*

Dated: November _9_, 2011

137574.00601/50406657v.1