Jonathan M. Korn
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 750-7701 (Fax)
Korn@BlankRome.com

James N. Benedict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
Andrea G. Hood
William P. Gross
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000 (Phone)
(212) 530-5219 (Fax)

*Attorneys for Defendants*



RECEIVED
OCT - 3 2012
AT 8:30_____M
WILLIAM T. WALSH, CLERK

RECEIVED
OCT 0 2 2012
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, for the use and benefit of the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, and the EQ/Intermediate Government Bond Index Portfolio; MARY ANN SIVOLELLA for the use and benefit of the EQ Advisors Trust; MARY ANN SIVOLELLA, individually and on behalf of any person or entity that is a party to a variable annuity contract issued by/sold by AXA Equitable Life Insurance Company, which offered the ability to invest in, and resulted in an investment in, the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, or the EQ/Intermediate Government Bond Index Portfolio; and MARY ANN SIVOLELLA, individually and on behalf of any person or that paid investment management fees to either AXA | Civil Action No. 3:11-cv-04194 (PGS DEA)<br><br>**CONSENT ORDER EXTENDING TIME TO ANSWER**<br><br>**FILED ELECTRONICALLY** |

Equitable Life Insurance Company or AXA Equitable Funds Management Group, LLC, on account of investments in, the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, or the EQ/Intermediate Government Bond Index Portfolio,

Plaintiffs,

vs.

AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC,

Defendants

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys, as follows:

1. On September 25, 2012, this Court filed its Memorandum and Order in the above-captioned action granting in part and denying in part the motion filed by Defendants AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC (together, "Defendants") to dismiss Plaintiffs' Amended Complaint.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(4), Defendants' Answer to the Amended Complaint is due "within 14 days after notice of the court's action[.]" See Fed. R. Civ. P. 12(a)(4). That date would be October 9, 2012.

3. The date by which Defendants shall serve and file an Answer to the Amended Complaint is extended by 30 days to and including November 8, 2012.

4. This Stipulation may be signed in counterparts and a facsimile or electronic signature is deemed to have the same force and effect as an original signature for all purposes.

Dated: October 2, 2012

| | |
|---|---|
| SZAFERMAN, LAKIND, BLUMSTEIN & BLADER, P.C. | BLANK ROME LLP |
| By: */s/ Robert L. Lakind* <br> Robert L. Lakind <br> 101 Grovers Mill Rd., Suite 200 <br> Lawrenceville, New Jersey  08648 <br> (609) 275-0400 | By: _____ <br> Jonathan M. Korn <br> 301 Carnegie Center, 3rd Floor <br> Princeton, NJ 08540 <br> (609) 750-7700 |
| *Attorneys for Plaintiff* | MILBANK, TWEED, HADLEY & McCLOY LLP <br> James N. Benedict (*pro hac vice*) <br> Sean M. Murphy (*pro hac vice*) <br> Andrea G. Hood <br> William P. Gross <br> 1 Chase Manhattan Plaza <br> New York, NY  10005-1413 <br> (212) 530-5000 |
| | *Attorneys for Defendants* |

*The Inital scheduling Conference will be held on 11-13-12 @ 12:00PM. The Joint Discovery Plan is due (7) days prior to the Conference.*

SO ORDERED.
_____
~~HON. PETER G. SHERIDAN, U.S.D.J.~~
Douglas E. Arpert, U.S.M.J.