

| | |
|---|---|
| *Phone:* | *(609) 750-7707* |
| *Fax:* | *(609) 897-7395* |
| *Email:* | *Korn@BlankRome.com* |

December 14, 2012

***VIA ELECTRONIC COURT FILING***
Magistrate Judge Douglas E. Arpert
United States District Court, District of New Jersey
402 East State Street, Chambers 6000
Trenton, NJ 08608-1507

> *Re:*   *Mary Ann Sivolella v. AXA Equitable Life Insurance Company, et al,*
> *Civil Action No. 11-cv-4194*

Dear Judge Arpert:

   We represent Defendants, AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC ("AXA Equitable") in this matter.  Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, we hereby certify that we have served Defendants' Initial Disclosure upon counsel for Plaintiff.

Respectfully yours,

JONATHAN M. KORN

JMK:smh

cc:   James N. Benedict, Esquire *(via ECF)*
      Sean M. Murphy, Esquire  *(via ECF)*
      Robert L. Lakind, Esquire *(via ECF)*
      Danielle Disporto, Esquire *(via ECF)*

301 Carnegie Center  3rd Floor  Princeton, NJ  08540
*A Pennsylvania LLP  Stephen M. Orlofsky, New Jersey Administrative Partner*
www.BlankRome.com

137574.00601/50466361v.1

Boca Raton  •  Cincinnati  •  Hong Kong  •  Houston  •  Los Angeles  •  New York  •  Philadelphia  •  Princeton  •  Shanghai  •  Washington  •  Wilmington