# SZAFERMAN LAKIND

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Nathan M. Edelstein**
Ryan A. Marrone

Of Counsel
Stephen Skillman
Linda R. Feinberg
Paul T. Koenig, Jr.
Bruce M. Sattin***
Robert A. Gladstone
Janine Danks Fox*
Richard A. Catalina, Jr.*†
(45,372)

Robert P. Panzer
Robert G. Stevens, Jr.**
Michael D. Brottman**
Benjamin T. Branche*
Lindsey Moskowitz Medvin**
Mark A. Fisher
Tracey C. Hinson**
Robert L. Lakind***
Thomas J. Manzo**
Melissa A. Ruff

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
†U.S. Patent & Trademark Office

January 15, 2013

**VIA ECF AND FEDERAL EXPRESS**
The Honorable Peter G. Sheridan (U.S.D.J.)
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

        Re:   *Sivolella v. AXA Equitable Life Insurance Co. and AXA Equitable Funds Management Group, LLC*,
             *No. 3:11-cv-04194*

Dear Judge Sheridan:

      On November 4, 2011 Plaintiff Mary Ann Sivolella filed an Amended Complaint on behalf of certain mutual funds offered by AXA Equitable Funds Management Group, LLC ("AXA"), claiming that AXA had violated Section 36(b) of the Investment Company Act of 1940 ("ICA"). That case was assigned to Your Honor and the Honorable Douglas Arpert, U.S.M.J.

      On November 13, 2012, counsel for the Plaintiff and the Defendants in the *Sivolella* case were before the Court for the initial Scheduling Conference. At that time, counsel for the Plaintiffs informed the Court of their intention to file another complaint on behalf of different plaintiffs invested in mutual funds offered by AXA. At the Scheduling Conference, the parties agreed that the new complaint should be consolidated with the instant matter and that the Defendant would file its answer to this Complaint on February 15, 2013. The second Complaint was filed with the Court today and captioned as *Sanford et al. v. AXA Equitable Funds Management Group, LLC*. Like the *Sivolella* case it is brought derivatively on behalf of AXA mutual funds (including some of the same funds on whose behalf the Sivolella matter was brought) and contains the same general allegations, pleading violations of ICA § 36(b).

      Plaintiff identified the *Sanford* matter as related to the *Sivolella* case on the Case Information Sheet. A copy of the "Notice of Electronic Filing," for this complaint is attached as Exhibit A.



The Honorable Peter G. Sheridan (U.S.D.J.)
January 15, 2013
Page 2

     In light of the foregoing, the parties respectfully request that the Court consolidate the *Sanford* case and the *Sivolella* case. The Defendants have consented to this request. A copy of a joint stipulation and proposed Order, for the Court's consideration, is enclosed with this letter.

Respectfully submitted,

Robert Lakind

*Enclosures*
cc: Sean Murphy (via email)
    Jim Benedict (via email)

# Exhibit A

# Civil Initial Pleadings (Attorney/Credit Card) USE CASE 33-1
3:33-av-00001 PLAINTIFF v. DEFENDANT

## U.S. District Court

### District of New Jersey [LIVE]

**Notice of Electronic Filing**

The following transaction was entered by LAKIND, ROBERT on 1/15/2013 at 3:44 PM EST and filed on 1/15/2013

**Case Name:** PLAINTIFF v. DEFENDANT
**Case Number:** 3:33-av-00001
**Filer:**
**Document Number:** 5950

**Docket Text:**
**COMPLAINT - Glenn D. Sanford, et al. v. AXA Equitable Funds Management Group, LLC, ( Filing fee $ 350 receipt number 0312-4772257.). (Attachments: # (1) Civil Cover Sheet) (LAKIND, ROBERT)**

**3:33-av-00001 Notice has been electronically mailed to:**

**3:33-av-00001 Notice will not be electronically mailed to::**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/15/2013] [FileNumber=6445562-0
] [4d9462d1d5c114776356af96a9edde544036dfc66d8e3868dfd13d02cfb4a9f9119
879e55ce3786aeb42d06402c2c2d25e3c8c7817a421bad83065428456f1aa]]
**Document description:** Civil Cover Sheet
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=1/15/2013] [FileNumber=6445562-1
] [b57877af045091bab3a54dedceb41fae286ff26a158bf0130d36555e6de30ba2150
096ff338d82b90a49f868b14e7e4b2f5f98a013392957e2c637675636034c]]