# SZAFERMAN LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Nathan M. Edelstein**
Ryan A. Marrone

Stephen Skillman
Linda R. Feinberg
Paul T. Koenig, Jr.
Bruce M. Sattin***
Robert A. Gladstone
Janine Danks Fox*
Richard A. Catalina, Jr.*†
(45,372)

Robert P. Panzer
Robert G. Stevens, Jr.**
Michael D. Brottman**
Benjamin T. Branche*
Lindsey Moskowitz Medvin**
Mark A. Fisher
Tracey C. Hinson**
Robert L. Lakind***
Thomas J. Manzo**
Melissa A. Ruff

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
†U.S. Patent & Trademark Office

Arnold C. Lakind

Of Counsel

February 21, 2013

Our File: 70896.1

**VIA ECF AND FEDERAL EXPRESS**

The Honorable Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6W
Trenton, NJ 08608

> Re:   Sivolella v. AXA Equitable Life Insurance Company, et al.
>        Civil Action No.: 11-cv-4194

Dear Judge Arpert:

Your Honor instructed counsel to inform you promptly of any discovery disputes. At this time, there are several disputes with regard to the adequacy of Defendants' Answers to Plaintiff's Interrogatories and responses to Plaintiff's Request for Production of Documents. The parties have conducted a meet and confer which was largely unsuccessful. It was agreed, in the course of our discussions, to defer an application to the Court until receipt of Defendants' production of documents on March 15, 2013. While the document production will not resolve all issues, it may resolve some of the issues and permit the parties to focus more clearly on those that remain in dispute.

Unless the Court directs counsel otherwise, it is our intention to reach out to the Court following the Defendants' document production on March 15, 2013 or shortly thereafter.

701678.1



Thank you.

Respectfully submitted,

**SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.**

Arnold C. Lakind

ACL/s

c: Sean M. Murphy, Esq. (via email and regular mail)
  Moshe Maimon, Esq. (via email)

701678.1