# SZAFERMAN LAKIND

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold S. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Nathan M. Edelstein**
Ryan A. Marrone

Of Counsel
Stephen Skillman
Linda R. Feinberg
Paul T. Koenig, Jr.
Bruce M. Sattin***
Robert A. Gladstone
Janine Danks Fox*
Richard A. Catalina, Jr.*†
(45,372)

Robert P. Panzer
Robert G. Stevens, Jr.**
Michael D. Brottman**
Benjamin T. Branche*
Lindsey Moskowitz Medvin**
Mark A. Fisher
Tracey C. Hinson**
Robert L. Lakind***
Thomas J. Manzo**
Melissa A. Ruff

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
†U.S. Patent & Trademark Office

February 25, 2013

Our File: 70896.1

**Via ECF and Regular Mail**
Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, NJ 08608

   Re: Sivolella v. AXA Equitable Life Insurance Company, et al.
     Civil Action No.: 11-cv-4194

Dear Judge Sheridan:

  This firm represents Plaintiffs in the above-referenced matter. Pending before the Court is Defendants' Motion to Strike Plaintiffs' Demand for a Jury Trial (Dkt. No. 42). It is currently returnable on March 18, 2013. I am writing to request that the Court adjourn this motion to the next scheduled motion day, which is April 1, 2013.

  No prior adjournments or extensions have been sought regarding this motion, and Defendants do not oppose the request. Further, the requested adjournment should not impact any other scheduled dates.

  Thank you.

             Respectfully submitted,

             SZAFERMAN, LAKIND,
             BLUMSTEIN & BLADER, P.C.

             s/ Robert G. Stevens
             Robert G. Stevens

c:  All counsel (via ECF)

703259.1