# SZAFERMAN LAKIND

Szaferman, Lakind, Blumstein & Blader, P.C.
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Nathan M. Edelstein**
Ryan A. Marrone

Of Counsel
Stephen Skillman
Linda R. Feinberg
Paul T. Koenig, Jr.
Bruce M. Sattin***
Robert A. Gladstone
Janine Danks Fox*
Richard A. Catalina, Jr.*†
(45,372)

Robert P. Panzer
Robert G. Stevens, Jr.**
Michael D. Brottman**
Benjamin T. Branche*
Lindsey Moskowitz Medvin**
Mark A. Fisher
Tracey C. Hinson**
Robert L. Lakind***
Thomas J. Manzo**
Melissa A. Ruff

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
†U.S. Patent & Trademark Office

February 25, 2013

Our File: 70896.1

**Via ECF and Regular Mail**

Hon. Peter G. Sheridan, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 7W
Trenton, NJ 08608

SO ORDERED: /s/ Peter G. Sheridan
DATED: 2/28/13

Re: Sivolella v. AXA Equitable Life Insurance Company, et al.
Civil Action No.: 11-cv-4194
&
Sanford, et al v. AXA Equitable Funds Management Group, LLC
Civil Action No.: 13-cv-0312

Dear Judge Sheridan:

This firm represents Plaintiffs in the above-referenced consolidated matters. Pending before the Court are Defendants' Motions to Strike Plaintiffs' Demand for a Jury Trial in both matters. (Sivolella, Dkt 42) and (Sanford, Dkt 7). This morning, I filed an adjournment request pertaining to the Sivolella motion (Dkt 43). At that time, I did not make a corresponding adjournment request pertaining to the Sanford motion, although Plaintiffs are seeking an adjournment of that motion as well.

The Sanford motion is currently returnable on March 18, 2013, and I am writing to request that the Court adjourn this motion to the next scheduled motion day, which is April 1, 2013. No prior adjournments or extensions have been sought regarding this motion, and Defendants do not oppose the request. Further, the requested adjournment should not impact any other scheduled dates.

703259.1



*Hon. Peter G. Sheridan, U.S.D.J.*
*February 25, 2013*
*Page 2*

    I appreciate the Court's assistance with this issue, and apologize for any confusion or inconvenience this may have caused.

                              Respectfully submitted,

                              **SZAFERMAN, LAKIND,**
                              **BLUMSTEIN & BLADER, P.C.**

                              _s/ Robert G. Stevens_
                              Robert G. Stevens

c:    All counsel (via ECF)

703259.1