RECEIVED

MAR 11 2013

AT 8:30_____M
WILLIAM T. WALSH CLERK

| | |
|---|---|
| MARY ANN SIVOLELLA, et al. | ) |
| | ) |
| | ) |
| vs. | ) |
| | ) |
| AXA EQUITABLE LIFE INSURANCE COMPANY and AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC | ) No. 3:11-cv-04194 ) PGS-DEA |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |
| GLENN D. SANFORD, et al., | ) No. 3:13-cv-00312 ) PGS-DEA |
| Plaintiffs, | ) |
| vs. | ) |
| AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC | ) |
| Defendant. | ) |

## ORDER AMENDING DATE FOR FILING ANY MOTION TO AMEND THE PLEADINGS

**Whereas,** on November 12, 2012 this Court entered an Order in the matter of *Sivolella v. AXA Equitable Life Ins. Co.*, which required any amendment to the pleadings to be filed by March 1, 2013;

**Whereas,** the matter of *Sanford v. AXA Equitable Funds Management Group, LLC,* was thereafter consolidated with the *Sivolella* case; and

**Whereas,** the Court finds that good cause exists to amend to the November 12, 2012 Scheduling Order to provide additional time for the parties to amend the pleadings;

It is **Ordered** that the November 12, 2012 Scheduling Order (Dkt No. 33) is hereby amended to provide that any motion to amend the pleadings in either the *Sivolella* or the *Sanford* cases shall be filed no later than April 15, 2013. This Order does not amend any other deadline in the Court's November 12, 2012 Scheduling Order.

Dated: March 8, 2013

_____
Hon. Douglas E. Arpert

#4831-5046-9395v2
03/6/13