UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>    Defendants. | **Civ. A. No. 3:11-cv-04194-PGS-DEA** |
| GLENN D. SANFORD, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>    Defendants. | **Civ. A. No. 3:13-cv-00312-PGS-DEA** |

## DECLARATION OF ROBERT L. LAKIND

| | |
|---|---|
| SZAFERMAN, LAKIND,<br>  BLUMSTEIN & BLADER, P.C.<br>101 Grovers Mill Road, Suite 200<br>Lawrenceville, New Jersey 08648<br>By:  Stephen Skillman<br>      Robert L. Lakind<br>      Arnold C. Lakind<br>Telephone: (609) 275-0400<br>Fax: (609) 275-4511<br>Email:  alakind@szaferman.com | LEVY, PHILLIPS & KONIGSBERG, LLP<br>800 Third Avenue, 13th Floor<br>New York, New York 10022<br>Telephone:  (212) 605-6200<br>Fax:  (212) 605-6290<br>Email:  mmaimon@lpklaw.com |

*Attorneys for Plaintiffs*

707856.1

I, Robert L. Lakind, declare as follows:

1. I am an attorney with the law firm of Szaferman, Lakind, Blumstein & Blader, P.C., counsel to the Plaintiffs in this action. I am a member in good standing of the Bar of New Jersey, and a member of the Bar of this Court. I have personal knowledge of the facts set forth in this declaration.

2. Attached as Exhibit A is a true and accurate copy of "Order of Court" (Document No. 286), in the matter: In re Federated Mutual Funds Excessive Fee Litigation, No. 2:04-cv-352 (DSC) (W.D. Pa. March 7, 2011).

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements made by me are true and correct.

Dated: March 18, 2013              s/Robert Lakind
                                   Robert L. Lakind

707856.1

# Exhibit A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE FEDERATED MUTUAL FUNDS EXCESSIVE FEE LITIGATION | ) ) | 2:04cv352 Electronic Filing |

### ORDER OF COURT

AND NOW, this 7th day of March, 2011, after (1) consideration of the parties' pretrial statements and trial briefs and (2) reflection on the applicable standards governing the determinations needed to resolve the liability portion of the parties' dispute, IT IS ORDERED that in accordance with Federal Rule of Civil Procedure 39(c)(1), the court will try the non-jury claims/issues in the liability phase of trail with an advisory jury.  **The parties shall prepare verdict forms consisting of specific interrogatories that correlate to the separate components of the <u>Gartenberg</u> standard as construed and clarified in <u>Jones</u> and in a manner that identifies each central fact inquiry or mixed question of law and fact under that construction that is necessary for the jury to render a verdict in plaintiffs' favor. Counsel shall structure the interrogatories so that they apply separately to each annual services contract/investment advisory fee at issue.  Broad questions of general import will not be used by the court.  Counsel are directed to review Docket Number 114 in 2:02cv1975 as guidance for the level of detail counsel should use in preparing their proposed verdict form.  An additional example can be obtained from chambers.  The parties also shall prepare jury instructions to accompany their proposed interrogatories. Such instructions can be limited to the substantive law governing the liability portion of plaintiffs' claims**; and

IT IS FURTHER ORDERED that the parties' proposed interrogatories and jury

instructions shall be filed on or before April 4, 2011.

s/ David Stewart Cercone<br>
David Stewart Cercone<br>
United States District Judge

cc:   Counsel of Record

   Via: CM/ECF Electronic Filing