UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>Defendants. | Civ. A. No. 3:11-cv-04194-PGS-DEA |
| GLENN D. SANFORD, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>Defendants. | Civ. A. No. 3:13-cv-00312-PGS-DEA<br><br>**CERTIFICATE OF SERVICE** |

Sheila Kliwinski, of full age, certifies and says:

1.   I am a paralegal employed by the law firm of Szaferman, Lakind, Blumstein & Blader, P.C., Lawrenceville, New Jersey.

2.   On March 18, 2013, I electronically filed the following documents:

   a.   Plaintiffs' Brief in Opposition to AXA Equitable Life Insurance Company's and AXA Equitable Funds Management Group, LLC's Motion to Strike Plaintiffs' Demand for a Jury Trial;

      b.      Declaration of Robert L. Lakind, Esq.; and

      c.      Certificate of Service.

3.      All parties affected by this filing receive electronic service of all filings and therefore, all parties receive a copy of the document listed in paragraph 2.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are wilfully false, I am subject to punishment.

*/s/ Sheila Kliwinski*
Sheila Kliwinski
Paralegal

Dated: March 18, 2013