```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: TRENTON

JUDGE DOUGLAS E. ARPERT, USMJ                Date: May 17, 2012
DIGITALLY RECORDED


TITLE OF CASE:

                                             CIVIL 11-4194(PGS/DEA)
MARY ANN SIVOLELLA

     v.

AXA EQUITABLE LIFE INSURANCE COMPANY, et al.


APPEARANCES:

Daniel Sweetser & Robert Lakind, Esqs., on behalf of Plaintiff.

Jonathan Korn, Sean Murphy & James Benedict, Esqs., on behalf of Defendants.

NATURE OF PROCEEDINGS:

Hearing held re:[42] Motion to Strike Plaintiffs' Demand for a Jury Trial.

Decision reserved.

Report and Recommendation to follow.


TIME COMMENCED: 11:41 AM                    *s/Charmaine D. Ellington*
TIME ADJOURNED: 12:31 PM                         Deputy Clerk
TOTAL TIME:  50  minutes