UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, et al. : <br><br> Plaintiffs, : <br><br> v. : <br><br> AXA EQUITABLE FUNDS MANAGEMENT, LLC, et al., : <br><br> Defendants. : | Civil Action No. 11-4194 (PGS) |
| GLENN D. SANFORD, et al. : <br><br> Plaintiffs, : <br><br> v. : <br><br> AXA EQUITABLE FUNDS MANAGEMENT, LLC, et al., : <br><br> Defendants. : | Civil Action No. 13-312 (PGS) <br><br><br><br> ORDER |

**SHERIDAN, U.S.D.J.**

**THIS MATTER** comes before the Court on Defendants' Motion to Strike Plaintiffs' Demands for a Jury Trial (dkt. nos. 42, 7). Plaintiffs have opposed the Motion (dkt. nos. 51, 15). The matter was referred to U.S. Magistrate Judge Arpert for a Report and Recommendation pursuant to FED. R. CIV. P. 72 and L. CIV. R. 72.1. The Magistrate Judge entered a Report and Recommendation in this action on July 12, 2013, ("R&R"), recommending that the Court grant Defendants' motion. (*See* dkt. nos. 62, 23, R&R.) The Plaintiffs filed objections to the R&R (dkt. nos. 63, 24), and the Defendants responded (dkt. nos. 65, 26).

WHEREAS The Court has carefully considered Judge Arpert's R&R, and the briefs of the parties. The Court finds the R&R to be both well-reasoned and thorough, and agrees with the Magistrate Judge that the Defendants' motion should be granted. Therefore, for good cause having been shown,

IT IS on this 14 day of August, 2013

ORDERED that the Report and Recommendation of the Magistrate Judge that was entered on July 12, 2013 (dkt. entry nos. 62, 23) is ADOPTED as the Opinion of the Court; and it is further

ORDERED that Defendants' Motion to Strike Plaintiffs' Demands for a Jury Trial (dkt. nos. 42, 7) is GRANTED.

DATE: 8-14-13

_____
PETER G. SHERIDAN, U.S.D.J.