RECEIVED
APR 09 2014
AT 8:30 _____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, | : Civil Action No. 11-4194 (PGS) |
| Plaintiff, | : |
| v. | : PRETRIAL SCHEDULING ORDER |
| AXA EQUITABLE LIFE INSURANCE COMPANY, et al., | : |
| Defendants. | : |

This matter having come before the Court during a status conference on April 4, 2014; and the Court having conferred with counsel following oral argument; and good cause appearing for the entry of the within Order;

IT IS on this 8th day of April 2014,

ORDERED THAT:

1. The deadline to complete the remaining fact discovery agreed upon during the status conference is <u>May 5, 2014.</u>

2. The date by which Plaintiff must serve expert disclosures and reports is extended to <u>June 4, 2014</u>.

3. To date by which Defendants must serve expert disclosures and reports is extended to <u>July 4, 2014</u>.

4. Counsel must meet and confer in an attempt to resolve any discovery or case management disputes before making such dispute the subject of a motion. No discovery motion will be entertained absent counsel's full compliance with L. CIV. R. 37.1(a)(1); *see also* L. CIV. R. 16.1(f). Any unresolved disputes must be brought to the Court's attention immediately.

5. The Court will conduct a telephone status conference on <u>June 9, 2014 at 3:00 P.M.</u> Defense counsel will initiate this call.

6. The Court may, from time to time, schedule conferences as may be required, either on its own motion or at the request of counsel. Failure to appear at subsequent conferences, or to comply with any of the terms of this Order, may result in sanctions.

7. Since all dates set forth herein are established with the assistance and knowledge of counsel, there will be no further extensions absent extraordinary circumstances.

*s/ Douglas E. Arpert*
**DOUGLAS E. ARPERT**
**United States Magistrate Judge**

**ALL PROPOSED ORDERS AND LETTER MEMORANDA SENT TO CHAMBERS SHOULD BE IN WORDPERFECT FORMAT AND E-MAILED TO: dea_orders@njd.uscourts.gov. ANY FILINGS WITH THE CLERK'S OFFICE SHOULD BE IN PDF FORMAT.**