Jonathan M. Korn
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700 (Phone)
(609) 750-7701 (Fax)
Korn@BlankRome.com

James N. Benedict (*Pro Hac Vice*)
Sean M. Murphy (*Pro Hac Vice*)
Robert C. Hora (*Pro Hac Vice*)
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000 (Phone)
(212) 530-5219 (Fax)
*Attorneys for Defendants*

RECEIVED

JUN 10 2014

AT 9:30_____M
WILLIAM T WALSH CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, for the use and benefit of the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, and the EQ/Intermediate Government Bond Index Portfolio,<br><br>Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY and AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC,<br><br>Defendants. | Civil Action No. 3:11-cv-04194 (PGS DEA)<br><br>and<br><br>Civil Action No. 3:13-cv-00312 (PGS) |
| GLENN D. SANFORD, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC<br><br>Defendant. | **CONSENT ORDER EXTENDING EXPERT DEADLINES**<br><br>ELECTRONICALLY FILED |

THIS MATTER having been brought before the Court by consent of the parties, as appears from the signature of their respective counsel of record below, and for good cause having been shown:

WHEREAS, on November 16, 2012 (the "November 2012 Order"), the Court entered a Pretrial Scheduling Order [Docket No. 33] setting deadlines relating to expert discovery;

WHEREAS, on April 9, 2014, the Court entered a subsequent Pretrial Scheduling Order [Docket No. 80] extending certain of the deadlines relating to expert discovery;

WHEREAS, the parties stipulate and agree that the deadline for Plaintiffs to serve expert disclosures and reports may be extended to June 11, 2014;

WHEREAS, the parties stipulate and agree that the deadline for Defendants to serve expert disclosures and reports may be extended to August 8, 2014, which is consistent with the 60-day timeframe for Defendants' expert disclosures and reports in the November 2012 Order;

WHEREAS, the parties further stipulate and agree that Plaintiffs may serve rebuttal expert disclosures and reports that respond to the matters raised in Defendants' expert disclosures and reports and do not raise new issues by August 29, 2014;

WHEREAS, the parties further stipulate and agree that the deadline for completing expert depositions may be extended to October 28, 2014;

IT IS on this ___9th___ day of June, 2014;

ORDERED that Plaintiffs must serve expert disclosures and reports by June 11, 2014;

FURTHER ORDERED that Defendants shall serve expert disclosures and reports by August 8, 2014;

FURTHER ORDERED that Plaintiffs shall serve any rebuttal expert disclosures and reports, which are responsive to Defendants' disclosures and reports and do not raise new issues, by August 29, 2014;

FURTHER ORDERED that expert depositions shall be completed by ~~October 28, 2014~~ *to be determined*.

_____
HON. DOUGLAS E. ARPERT

FURTHER ORDERED that the Court will ~~conduct~~ a telephone status conference on August 26th, 2014 at 3:00PM Plaintiff's counsel will initiate. During the call, the Court will set a schedule for expert depositions and dispositive motions.

The undersigned counsel for Plaintiffs and Defendants hereby consent to the entry of this Order.

| | |
|---|---|
| *S/ DANIEL S. SWEETSER* | *S/ JONATHAN M. KORN* |
| Daniel S. Sweetser, Esquire | Jonathan M. Korn, Esquire |
| Szaferman, Lakind, Blumstein & Blader | Blank Rome LLP |
| 101 Grovers Mill Road, Suite 200 | 301 Carnegie Center, 3rd Floor |
| Lawrenceville, NJ 08648 | Princeton, NJ 08540 |
| Phone: (609) 275-0400 | Phone: (609) 750-7707 |
| Fax: (609) 275-4511 | Fax: (609) 897-7395 |
| E-Mail: DSweetser@Szaferman.com | E-Mail: Korn@BlankRome.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |
| Dated: June 5, 2014 | Dated: June 5, 2014 |