## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY AND AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC<br><br>    Defendants. | Civil No. 3:11-cv-04194 PGS-DEA<br><br>**RECEIVED**<br><br>**AUG 19 2014**<br><br>AT 8:30_____M<br>WILLIAM T. WALSH CLERK |
| GLENN D. SANFORD, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC<br><br>    Defendant. | Civil No. 3:13-cv-00312 PGS-DEA<br><br>**ORDER EXTENDING DEADLINE FOR SERVICE OF PLAINTIFFS' EXPERT REBUTTAL REPORTS** |

**THIS MATTER** having been brought before the Court by Plaintiffs, through their counsel, and for good cause showing;

**IT IS** on this _18th_ day of August 2014,

**ORDERED** that the June 10, 2014 Consent Order Extending Expert Deadlines previously entered by this Court (Dkt. 89) is amended with respect to the deadline for service of Plaintiffs' rebuttal expert reports responsive to Defendants' expert reports, which is hereby extended to September 19, 2014.

**SO ORDERED**.

Date: August 18, 2014

_____
Hon. Douglas E. Arpert

\* During the telephone status conference on August 26, 2014, the Court will set a schedule for the completion of expert depositions, expert discovery and dispositive motions. Counsel should confer in advance to confirm the availability of their experts and set dates for their depositions.