# SZAFERMAN LAKIND

**Szaferman, Lakind, Blumstein & Blader, P.C.**
Attorneys at Law

101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
p: 609.275.0400
f: 609.275.4511
www.szaferman.com

Arnold C. Lakind
Barry D. Szaferman
Jeffrey P. Blumstein
Steven Blader
Brian G. Paul+
Craig J. Hubert++
Michael R. Paglione*
Lionel J. Frank**
Jeffrey K. Epstein+
Stuart A. Tucker
Scott P. Borsack***
Daniel S. Sweetser*
Robert E. Lytle
Janine G. Bauer***
Daniel J. Graziano Jr.
Nathan M. Edelstein**
Bruce M. Sattin***
Gregg E. Jaclin**
Robert P. Panzer

Of Counsel
Stephen Skillman
Linda R. Feinberg
Paul T. Koenig, Jr.
Robert A. Gladstone
Janine Danks Fox*
Richard A. Catalina Jr.*†
Eric M. Stein**

Robert G. Stevens Jr.**
Michael D. Brottman**
Benjamin T. Branche*
Lindsey Moskowitz Medvin**
Mark A. Fisher
Robert L. Lakind***
Thomas J. Manzo**
Melissa A. Chimbangu
Jamie Yi Wang#
Bella Zaslavsky**
Kathleen O'Brien
Steven A. Lipstein**
Yarona Y. Liang#
Brian A. Heyesey

+Certified Matrimonial Attorney
++Certified Civil and Criminal Trial Attorney
*NJ & PA Bars
**NJ & NY Bars
***NJ, NY & PA Bars
#NY Bar
†U.S. Patent & Trademark Office

August 28, 2014

Our File: 70896.1
**VIA FACSIMILE**
The Honorable Douglas E. Arpert, U.S.M.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street, Courtroom 6W
Trenton, NJ 08608

RECEIVED
AUG 28 2014
AT 8:30_____M
WILLIAM T. WALSH CLERK

RECEIVED
AUG 28 2014
DOUGLAS E. ARPERT
U.S. MAGISTRATE JUDGE

Re: Sivolella v. AXA Equitable Life Insurance Company, et al.
Civil Action No.: 11-cv-4194

Dear Judge Arpert:

The Court has scheduled a telephone conference with counsel for 11:00 A.M. on August 28, 2014 to address expert depositions and briefing on dispositive motions. Counsel have conferred and thought that it might be helpful to submit a proposed schedule for expert depositions to the Court in advance of the telephone conference. The current proposed schedule is set forth below:

| | |
|---|---|
| Richard Kopcke (Plaintiffs' Expert): | September 30, 2014 |
| Francis Vitagliano (Plaintiffs' Expert): | October 1, 2014 |
| Kent Barrett, CPA (Plaintiffs' Expert): | October 15, 2014 |
| Phillip Goldstein (Plaintiffs' Expert): | October 27, 2014 |
| Russell R. Wermers, Ph.D. (Defendants' Expert): | November 12, 2014 |
| Steve Pomerantz (Plaintiffs' Expert): | November 14, 2014 |
| William W. Holder, CPA (Defendants' Expert): | November 20, 2014 |

Additionally, counsel for Defendants have proposed October 23, 2014 for the deposition of Marianne K. Smythe (Defendants' expert) and December 3, 4 or 5, 2014 for the deposition of Christopher M. James, Ph.D. (Defendants' expert). We expect to be able to reach agreement on the dates for those two depositions shortly.

1300514.1

**SZAFERMAN**
**LAKIND**

The Honorable Douglas E. Arpert, U.S.M.J.
August 28, 2014
Page 2

There is one area of potential dispute. Defendants prefer to depose Plaintiffs' experts before Plaintiffs depose Defendants' experts. While Plaintiffs would propose that the depositions proceed concurrently, they are prepared to acquiesce to Defendants' request (with the exception of the deposition of Defendants' expert Dr. Wermers, who will be deposed prior to the deposition of Plaintiffs' expert Dr. Pomerantz, who is only available on November 14, 2014). However, Plaintiffs would like to depose Ms. Smythe last as her questioning may be influenced by the deposition responses of the other of Defendants' experts. It appears that Defendants prefer that Ms. Smythe be deposed in October rather than at the end of the schedule for expert depositions, which (as currently proposed) would run into December.

We realize that we are seeking approximately 75 days from September 19, 2014 (the date of submission of Plaintiffs' expert rebuttal reports) to complete expert depositions. Counsel have worked together in good faith to identify the earliest possible dates that the experts and counsel are available for the depositions. However, as a result of the availability of the experts and counsel; the number of depositions, which will be held in geographically dispersed locations (ranging from Boston to Los Angeles); and the breadth of the issues to be covered in the depositions, it would be difficult to complete the depositions in a shorter period of time. Importantly, we also note that counsel for Plaintiffs and counsel for Defendants in this action are also counsel for, respectively, the plaintiffs and defendants in *Kasilag v. Hartford Inv. Fin. Servs., LLC*, No. 1:11-cv-1083-RMB-KMW (D.N.J.)—a Section 36(b) case pending in the District of New Jersey that was filed in February 2011, and which is currently in fact discovery with a number of previously scheduled depositions set to take place concurrently over the next several months.

If the schedule for expert depositions set forth above is acceptable to the Court, we would propose the following deadlines for the filing of any dispositive and <u>Daubert</u> motions:

\* {  
Motion(s) to be filed:          January 16, 2015  
Response Brief(s) to be filed:  March 2, 2015  
Reply Brief(s) to be filed:     April 9, 2015  

Thank you.

Respectfully submitted,

SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.

*Arnold C. Lakind* (signature)

Arnold C. Lakind

ACL/s

1300514.1

\* The Court will conduct a telephone status conference on December 8, 2014 at 11:30am Plaintiffs' counsel to initiate.

\* So Ordered –
*[signature]* USMJ

**SZAFERMAN LAKIND**

*The Honorable Douglas E. Arpert, U.S.M.J.*
*August 28, 2014*
*Page 3*

cc:   Robert Hora, Esq. (via email and regular mail)

1300514.1