UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, at al.<br><br>    Plaintiffs,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE CO., et al.,<br><br>    Defendants. | Civil Action No.: 3:11-cv-04194 (PGS) (DEA)<br><br>**RECEIVED**<br><br>JAN 1 4 2015<br><br>AT 8:30 _____ M<br>WILLIAM T. WALSH<br>CLERK |
| GLENN D. SANFORD, et al.<br><br>    Plaintiffs,<br><br>v.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>    Defendants. | Civil Action No.: 3:13-cv-00312 (PGS) (DEA) |

**JOINT STIPULATION AND [PROPOSED] ORDER**

WHEREAS, pursuant to the Court's August 28, 2014 Scheduling Order (Dkt No. 92), the parties must file Summary Judgment and *Daubert* Motions by January 16, 2015; Opposition Briefs by March 2, 2015; and Reply Briefs by April 9, 2015.

WHEREAS, the parties agree, subject to the approval of the Court, that the date for the filing Summary Judgment and *Daubert* Motions is extended from January 16, 2015 to January 23, 2015.

WHEREAS, no other deadline set forth in the Court's August 28, 2014 Scheduling Order will be modified at this time.

WHEREAS, the parties further agree, subject to the approval of the Court, that the page

limitation set forth in L.Civ. R. 7.2(b) is enlarged by ten (10) pages for supporting and opposing Summary Judgment Motion briefs. The parties do not seek to enlarge the page limitation for reply briefs at this time.

**STIPULATED AND AGREED TO BY:**

/s/ Robert Hora
Robert Hora
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, NY 10005
Phone: (212) 530-5170
Rhora@milbank.com
*Attorneys for Defendants*

/s/ Robert Lakind
Robert Lakind
Szaferman Lakind
101 Grovers Mill Road
Lawrenceville, NJ 08648
Phone: (609) 275-0607
rlakind@szaferman.com
*Attorneys for Plaintiffs*

**SO ORDERED:**

Date: 1/13/15

_____
Hon. Douglas E. Arpert, U.S.M.J.