Jonathan M. Korn
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
(609) 750-7700
Korn@BlankRome.com

James N. Benedict *(pro hac vice)*
Sean M. Murphy *(pro hac vice)*
Robert C. Hora *(pro hac vice)*
Andrea G. Hood *(pro hac vice)*
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for Defendants*
*AXA Equitable Life Insurance Company and*
*AXA Equitable Funds Management Group, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY ANN SIVOLELLA, for the use and benefit of the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, and the EQ/Intermediate Government Bond Index Portfolio,<br><br>                                Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY and AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC,<br><br>                                Defendants. | Civil Action No. 3:11-cv-04194 (PGS)<br><br>and<br><br>Civil Action No. 3:13-cv-00312 (PGS) |
| GLENN D. SANFORD, *et al.*,<br><br>                                Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC<br><br>                                Defendant. | **NOTICE OF MOTION**<br>**FOR SUMMARY JUDGMENT**<br><br>ORAL ARGUMENT REQUESTED<br><br>FILED ELECTRONICALLY |

TO:    Robert L. Lakind, Esq.
SZAFERMAN, LAKIND, BLUMSTEIN & BLADER PC
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08640

Moshe Maimon, Esq.
LEVY, PHILLIPS & KONIGSBERG, LLP
800 Third Avenue, 13th Floor
New York, NY 10022

**PLEASE TAKE NOTICE** that on April 20, 2015, at 9:00 a.m., or as soon thereafter as counsel may be heard, Defendants AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC will move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, NJ 08608 for an Order pursuant to Federal Rule of Civil Procedure 56.1, granting Summary Judgment in their favor, and against the Plaintiffs, and dismissing Plaintiffs' Complaints with prejudice, on the ground that there is no genuine issue as to any material fact and that Defendants are entitled to judgment as a matter of law.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Defendants will rely upon the attached Memorandum of Law, as well as the Statement of Material Facts Not in Dispute, and the Declaration of Andrea G. Hood filed concurrently herewith.  A proposed form of Order is also submitted with this Motion.

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event the Motion is opposed.

Dated:  January 23, 2015

                                          BLANK ROME LLP

                                          By:  /s/ Jonathan M. Korn
                                                  Jonathan M. Korn
                                                  301 Carnegie Center, 3rd Floor
                                                  Princeton, NJ 08540
                                                  (609) 750-7700

- 2 -

MILBANK, TWEED, HADLEY & McCLOY LLP
   James N. Benedict (*pro hac vice*)
   Sean M. Murphy (*pro hac vice*)
   Robert C. Hora (*pro hac vice*)
   Andrea G. Hood (*pro hac vice*)
   1 Chase Manhattan Plaza
   New York, NY 10005
   (212) 530-5000

*Attorneys for Defendants*
*AXA Equitable Life Insurance Company and*
*AXA Equitable Funds Management Group, LLC*