UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, et al.<br><br>Plaintiffs,<br><br>vs<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>Defendants. | **Civ. A. No. 3:11-cv-04194-PGS-DEA** |
| GLENN D. SANFORD, et al.<br><br>Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>Defendants. | **Civ. A. No. 3:13-cv-00312-PGS-DEA**<br><br>**PLAINTIFFS' MOTION IN LIMINE TO BAR ADMISSION OF DEFENDANTS' CLAIMED COSTS RELATING TO (1) FEES PAID TO SUB-ADVISERS AND SUB-ADMINISTRATOR AND (2) AXA EQUITABLE ALLOCATED EXPENSES** |

**PLEASE TAKE NOTICE** that at a time and date to be scheduled by the Court, the undersigned attorneys for Plaintiffs Mary Ann Sivolella, et al. and Glenn D. Sanford, et al., shall move before the United States District Court for the District of New Jersey, Clarkson S. Fisher Building and U.S. Courthouse, 402 East State Street, Trenton, NJ 08608, for an Order barring admission of defendants' claimed costs relating to (1) fees paid to the sub-advisers and sub-adminstrator and (2) AXA Equitable Allocated Expenses.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, Plaintiffs shall rely upon the accompanying Memorandum of Law and Declaration of Daniel S. Sweetser, Esq. A proposed form of Order is also enclosed; and

**PLEASE TAKE FURTHER NOTICE** that oral argument is requested in the event the motion is opposed.

SZAFERMAN, LAKIND, BLUMSTEIN
& BLADER, P.C.

By: ______________________________
Daniel S. Sweetser, Esq. (DS4458)
101 Grovers Mill Road, Ste. 200
Lawrenceville, NJ 08648
(609) 275-0400
(609) 275-4511
dsweetser@szaferman.com

Dated: January 23, 2015