UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>    Defendants. | Civ. A. No. 3:11-cv-04194-PGS-DEA |
| GLENN D. SANFORD, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>    Defendants. | Civ. A. No. 3:13-cv-00312-PGS-DEA<br><br>*Oral Argument Requested* |

**PLAINTIFFS' MOTION IN LIMINE TO BAR ADMISSION OF DEFENDANTS' CLAIMED COSTS RELATING TO
(1) FEES PAID TO SUB-ADVISERS AND SUB-ADMINISTRATOR
AND
(2) AXA EQUITABLE "ALLOCATED EXPENSES"**

**SZAFERMAN LAKIND,
 BLUMSTEIN & BLADER, P.C.**
Daniel S. Sweetser, Esq.
101 Grovers Mill Rd, Suite 200
Lawrenceville, NJ 08648
Telephone: (609) 275-0400
Fax: (609) 275-4511
dsweetser@szaferman.com
**ATTORNEYS FOR PLAINTIFFS**

1494643.1

This redacted portion of this filing was not filed on the ECF system on account of Defendants' confidential designations. The redacted portion of this filing was included fully in the unredacted paper copy of this filing provided to Chambers.