UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, for the use and benefit of the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, and the EQ/Intermediate Government Bond Index Portfolio,<br><br>         Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY and AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC,<br><br>         Defendants. | Civil Action No. 3:11-cv-04194 (PGS) (DEA)<br><br>and<br><br>Civil Action No. 3:13-cv-00312 (PGS) (DEA) |
| GLENN D. SANFORD, *et al.*,<br><br>         Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC<br><br>         Defendant. | |

### JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ORAL ARGUMENT DATE AND DEADLINES FOR DISPOSITIVE AND NON-DISPOSITIVE MOTIONS

WHEREAS, Plaintiffs and Defendants (the "Parties") served a total of nine motions on January 23, 2015, including the Parties' respective summary judgment motions and associated statements of undisputed facts (the "Summary Judgment Motions"), motions to strike expert testimony and/or reports (the "*Daubert* Motions"), and motions *in limine* (the "*In Limine* Motions") (collectively, the "Motions");

WHEREAS, counsel for Plaintiffs are not available on the date recently set for oral argument on the Motions—April 20, 2015;

1517603.1

WHEREAS, the Parties understand that the next available date on which the Motions may be heard by the Court is May 4, 2015;

WHEREAS, the Parties agree, subject to the approval of the Court, that oral argument on the Motions shall be adjourned until May 4, 2015;

WHEREAS, the Parties are currently scheduled to submit Opposition briefs on the Summary Judgment and *Daubert* Motions by March 2, 2015 and Reply briefs by April 9, 2015;

WHEREAS, the Parties agree, subject to the Court's approval, that the *In Limine* Motions should be placed on the same briefing schedule as the Summary Judgment and *Daubert* Motions;

WHEREAS, the Parties further agree, subject to the approval of the Court, that given the number of motions filed by each of the Parties and the anticipated two-week adjournment of the oral argument date, the deadline for filing Opposition briefs to the Motions shall be extended from March 2, 2015 to March 13, 2015; and

WHEREAS, the Parties further agree, subject to the approval of the Court, that the deadline for filing Reply briefs relating to the Motions shall correspondingly be extended from April 9, 2015 to April 20, 2015;

NOW, THEREFORE, the Parties hereby STIPULATE AND AGREE, by and through their undersigned counsel and subject to the Court's approval, as follows:

1. All Motions shall be placed on the same schedule for briefing and oral argument.

2. Oral argument on all Motions will be held on May 4, 2015, at such place and time as the Court orders.

3. The Parties shall serve their respective Opposition briefs relating to all Motions no later than March 13, 2015.

4. The Parties shall serve their respective Reply briefs relating to all Motions no later than April 20, 2015.

Dated: February 10, 2015

By: /s/ Daniel E. Sweetser
Robert L. Lakind
SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Tel: (609) 275-0400
Fax: (609) 275-4511

*Attorneys for Plaintiffs*

Respectfully submitted,

By: /s/ Jonathan M. Korn
Jonathan M. Korn
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Tel: (609) 750-7700
Fax: (609) 897-7395

MILBANK, TWEED, HADLEY & McCLOY LLP
James N. Benedict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
Robert C. Hora (*pro hac vice*)
Andrea G. Hood (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for Defendants*
*AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC*

SO ORDERED.
February 11, 2015

_____
Hon. Peter G. Sheridan, U.S.D.J.