## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, for the use and benefit of the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, and the EQ/Intermediate Government Bond Index Portfolio, | Civil Action No. 3:11-cv-04194 (PGS) (DEA)

and

Civil Action No. 3:13-cv-00312 (PGS) (DEA) |

Plaintiff,

vs.

AXA EQUITABLE LIFE INSURANCE COMPANY
and AXA EQUITABLE FUNDS MANAGEMENT
GROUP, LLC,

Defendants.

GLENN D. SANFORD, *et al.*,

Plaintiffs,

vs.

AXA EQUITABLE FUNDS MANAGEMENT
GROUP, LLC,

Defendant.

## JOINT STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PAGE LIMIT FOR REPLY BRIEFS

WHEREAS, Plaintiffs and Defendants (the "Parties") served respective summary judgment motions on January 23, 2015 (the "Summary Judgment Motions").

WHEREAS, the Parties served oppositions to the Summary Judgment Motions on March 20, 2015 (the "Summary Judgment Opposition Briefs");

WHEREAS, the Parties must file respective reply briefs in further support of the Summary Judgment Motions by May 4, 2015 (the "Reply Briefs");

WHEREAS, the Defendants seek an extension of the page limitation set forth in the Local Rules for this District for Defendants' Reply Brief, and Plaintiffs' have consented to that request;

WHEREAS, the Parties agree, subject to the approval of the Court, that given the number of pages of the Summary Judgment Opposition Briefs and to allow the parties to appropriately address the arguments raised therein, the page limitation for the Reply Briefs relating to the Summary Judgment Motions set forth in Rules 7.2(b) and 7.2(d) of the Local Civil Rules for this District is increased from 11.25 pages using 12-point proportional font to 20 pages using 12-point proportional font (or 27 pages using 14-point proportional font);

NOW, THEREFORE, the Parties hereby STIPULATE AND AGREE, by and through their undersigned counsel and subject to the Court's approval, as follows:

1. The Parties may submit Reply Briefs to the Summary Judgment Motions that do not exceed 20 pages using 12-point proportional font (or 27 pages using 14-point proportional font).

By: /s/ Robert L. Lakind
Robert L. Lakind
SZAFERMAN, LAKIND,
BLUMSTEIN & BLADER, P.C.
101 Grovers Mill Road, Suite 200
Lawrenceville, NJ 08648
Tel: (609) 275-0400
Fax: (609) 275-4511

*Attorneys for Plaintiffs*

By: /s/ Jonathan M. Korn
Jonathan M. Korn
BLANK ROME LLP
301 Carnegie Center, 3rd Floor
Princeton, NJ 08540
Tel: (609) 750-7700
Fax: (609) 897-7395

MILBANK, TWEED, HADLEY & McCLOY LLP
James N. Benedict (*pro hac vice*)
Sean M. Murphy (*pro hac vice*)
1 Chase Manhattan Plaza
New York, NY 10005
(212) 530-5000

*Attorneys for Defendants*

Please use 14-point font

SO ORDERED.
April 15, 2015

Hon. Peter G. Sheridan
United States District Judge

2