UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, <br><br> Plaintiff, <br> v. <br><br> AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, *et al.*, <br><br> Defendants. | Civil Action No.3:11-cv-04194 (PGS)(DEA) <br><br><br> **ORDER** |
| GLENN D. SANFORD, *et al.* <br><br> Plaintiffs, <br> v. <br><br> AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, <br><br> Defendant. | Civil Action No.3:13-cv-00312 (PGS)(DEA) <br><br> R E C E I V E D <br><br> JUL 2 4 2015 <br><br> AT 8:30_____M <br> WILLIAM T. WALSH <br> CLERK |

**WHEREAS**, a status conference was convened by telephone on July 24, 2015;

**WHEREAS**, certain motions were prematurely filed and shall be addressed at the time of trial;

**IT IS,** on this 24th day of July, 2015;

**ORDERED** that the Motions to Strike the Expert Opinions Offered by Kent E. Barrett (ECF No. 99), Phillip Goldstein (ECF No. 100), Steve Pomerantz (ECF No. 101), Richard W. Kopcke (ECF No. 102), and the Motion in Limine to Preclude the Testimony of William Holder (ECF No. 110) in *Sivolella v. AXA Equitable Funds Mgmt. Grp.*, Civ. Action. No.:11-cv-04194,

be, and hereby are, ADMINISTRATIVELY TERMINATED, and it is further;

**ORDERED** that the Motions to Strike the Expert Opinions Offered by Kent E. Barrett (ECF No. 50), Phillip Goldstein (ECF No. 51), Steve Pomerantz (ECF No. 52), Richard W. Kopcke (ECF No. 53), and the Motion in Limine to Preclude the Testimony of William Holder (ECF No. 62), in *Sanford v. AXA Equitable Funds Mgmt. Grp.*, Civ. Action No.:3:13-cv-00312, be, and hereby are, ADMINITRATIVELY TERMINATED, and it is further;

**ORDERED** that trial shall commence in this matter on January 11, 2016, at 10:30 a.m. before the Honorable Peter G. Sheridan, U.S.D.J.

**Dated: July 24, 2015**

_____
**PETER G. SHERIDAN, U.S.D.J.**