```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                        Minutes of Proceeding
```

OFFICE: TRENTON

JUDGE DOUGLAS E. ARPERT, USMJ                    Date:November 23, 2015
DIGITALLY RECORDED

TITLE OF CASE:

                                                 CIVIL 11-4194(PGS/DEA)
MARY ANN SIVOLELLA

     v.

AXA EQUITABLE LIFE INSURANCE COMPANY, et al.

APPEARANCES:

Arnold Lakind, Daniel Sweetser, Robert Lakind & Robert Stevens, Esqs.,
on behalf of Plaintiff.

Jonathan Korn, Sean Murphy, Rita Ganguli & Robert Hora, Esqs., on behalf
of Defendants.

NATURE OF PROCEEDINGS:

Final Pretrial Conference held on the record.

TIME COMMENCED: 10:29 AM              *s/Charmaine D. Ellington*
TIME ADJOURNED: 11:36 AM                     Deputy Clerk
TOTAL TIME:   (1:05)