# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>    Defendants. | **Civ. A. No. 3:11-cv-04194-PGS-DEA** |
| GLENN D. SANFORD, et al.<br><br>    Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC, et al.,<br><br>    Defendants. | **Civ. A. No. 3:13-cv-00312-PGS-DEA**<br><br> **NOTICE OF MOTIONS *IN LIMINE***<br><br>**Return Date: Jan. 4, 2016** |

TO:   Clerk, United States District Court for
        the District of New Jersey,
        Clarkson S. Fisher Federal Building
        and United States Courthouse
        402 East State Street
        Trenton, New Jersey 08608

        Robert Hora, Esq.
        Milbank Tweed Hadley & McCloy LLP
        1 Chase Manhattan Plaza
        New York, NY 10005
        *Attorneys for Defendants*

1

PLEASE TAKE NOTICE that on January 4, 2016 at 10:00 a.m., or as soon thereafter as counsel may be heard, attorneys for the above-captioned Plaintiffs, shall move before the Honorable Peter G. Sheridan, District Judge for the United States District Court for the District of New Jersey, Clarkson S. Fisher Federal Building and United States Courthouse, 402 East State Street, Trenton, NJ 08608, for entry of an Order granting Plaintiffs' Motion in Limine to (1) allow Plaintiffs to question the members of the EQ Advisors Trust Board of Trustees ("EQAT Board") about communications between the EQAT Board and counsel to FMG; (2) bar FMG from introducing any evidence that the EQAT Board was careful and conscientious based on its reliance on the advice of counsel; (3) bar Defense Expert Marianne Smythe, Esq. from offering certain opinions at trial; (4) preclude the admission of evidence regarding transfer agency and distribution services and expenses.

PLEASE TAKE FURTHER NOTICE that in support of this motion, Plaintiffs shall rely upon this Notice of Motion, the supporting brief and Declaration of Arnold C. Lakind, all of which are filed simultaneously.

1927821.1

| | |
|---|---|
| Dated: December 11, 2015 | By: /s/Arnold C. Lakind<br>SZAFERMAN, LAKIND,<br>  BLUMSTEIN & BLADER, P.C.<br>101 Grovers Mill Rd. Ste. 200<br>Lawrenceville, N.J. 08648<br>Tel. (609) 275-0400<br>Fax. (609) 275-4511<br><br>Attorneys for Plaintiffs |

3

1927821.1