```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
                         Minute of Proceeding

  OFFICE:    TRENTON

  JUDGE : Hon. Peter G. Sheridan         Date:  January 13, 2016

  Court Reporter: Frank Gable
  TITLE OF CASE:                         CIVIL 11- 4194 (PGS)
  MARY ANN SIVOLELLA                     & Civ. 13-312 (PGS)
        vs.
AXA EQUITABLE LIFE INSURANCE
COMPANY, et al

APPEARANCES:
Arnold C. Lakind, Daniel S. Sweetser, Robert G. Stevens, Jr. Mark
A. Fisher and  Christopher S. Kwelty Esqs for Plaintiff

Jonathan M Korn, Sean M. Murphy, Robert C. Hora, James N. Benedict
and Patricia Louie, Esqs for Defendants

NATURE OF PROCEEDINGS:
Trial without jury on breached fiduciary duty continued.

Brian Sanchez sworn for Plaintiff

Steven Joenk sworn for Plaintiff

(Recess 1:00 PM - 2:00 PM)

Steven Joenk resumed for Plaintiff


 TIME COMMENCED:  10:30  AM              Dolores J. Hicks/
 TIME ADJOURNED:   4:00  PM                 Deputy Clerk
 TOTAL TIME:       4:30
```