```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
                        Minute of Proceeding

  OFFICE:    TRENTON

  JUDGE : Hon. Peter G. Sheridan         Date:  January 28, 2016

  Court Reporter: Frank Gable
  TITLE OF CASE:                         CIVIL 11- 4194 (PGS)
  MARY ANN SIVOLELLA                     & Civ. 13-312 (PGS)
       vs.
AXA EQUITABLE LIFE INSURANCE
COMPANY, et al

APPEARANCES:
Arnold C. Lakind, Daniel S. Sweetser, Robert G. Stevens, Jr. Mark
A. Fisher and  Christopher S. Kwelty Esqs for Plaintiff

Jonathan M Korn, Sean M. Murphy, Robert C. Hora, James N. Benedict
James G. Cavoli and Patricia Louie, Esqs for Defendants

NATURE OF PROCEEDINGS:

Trial without jury on breached fiduciary duty continued.

Steven Pomerantz sworn for Plaintiff

Hearing on motion [101] by Axa Equitable Funds Management Group and
Axa Life Insurance Company to Strike the Expert Opinions Offered by
Steve Pomerantz.
Ordered motion granted in part and denied in part.

(Recess 12:00 pm - 12:30 pm)

Steven Pomerantz resumed for Plaintiff

TIME COMMENCED:    10:30  AM              Dolores J. Hicks/
TIME ADJOURNED:    4:00   PM                 Deputy Clerk
TOTAL TIME:        4:30
```