

**BLANK ROME** LLP
COUNSELORS AT LAW

RECEIVED

FEB 09 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

Phone:   (609) 750-7707
Fax:     (609) 897-7395
Email:   Korn@BlankRome.com

February 9, 2016

**VIA ECF**
Honorable Peter G. Sheridan
United States District Court, District of New Jersey
Clarkson S. Fisher Building & Courthouse
402 East State Street
Trenton, New Jersey 08608

    Re:  *Sivolella v. AXA Equitable Life Ins. Co.*, No. 11-04194 (D.N.J.)
           *Sanford v. AXA Equitable Funds Mgmt. Grp., LLC*, No. 13-00312 (D.N.J.)

Dear Judge Sheridan:

    We represent Defendants, AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC ("Defendants"), in the above matters. Defendants hereby **withdraw** their January 19, 2016 Notice of Appeal of Magistrate Judge's Order Precluding Certain of Defendants' Trial Exhibits.

    Thank you for Your Honor's courtesies and consideration.

                            Respectfully submitted,

                            /s/ *Jonathan M. Korn*

                            Jonathan M. Korn

JMK/jln

cc:   All Counsel of Record (via ECF)

[handwritten annotation: "Ext No. 213"]

SO ORDERED: /s/ Peter G. Sheridan
DATED: 2/9/16

301 Carnegie Center, 3rd Floor, Princeton, NJ 08540
A Pennsylvania LLP Stephen M. Orlofsky, New Jersey Administrative Partner
www.BlankRome.com

Boca Raton • Cincinnati • Fort Lauderdale • Houston • Los Angeles • New York • Philadelphia • Pittsburgh • Princeton • San Francisco • Shanghai • Tampa • Washington • Wilmington