# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, for the use and benefit of the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, and the EQ/Intermediate Government Bond Index Portfolio,<br><br>      Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY and AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC,<br><br>      Defendants. | Civil Action No. 3:11-cv-04194 (PGS)<br><br>and<br><br>Civil Action No. 3:13-cv-00312 (PGS)<br><br><br>FILED ELECTRONICALLY |
| GLENN D. SANFORD, *et al.*,<br><br>      Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC<br><br>      Defendant. | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL FILINGS** |

## JOINT STIPULATION AND [PROPOSED] ORDER REGARDING POST-TRIAL FILINGS

WHEREAS, the trial in the above-captioned matters was completed on February 25, 2016; and

WHEREAS, on February 25, 2016, counsel for the respective Parties conferred with the Court regarding the deadlines for the Parties to file and serve their post-trial filings;

NOW, THEREFORE, the Parties hereby STIPULATE AND AGREE, by and through their undersigned counsel and subject to the Court's approval, as follows:

1. The Parties' respective Post-Trial Proposed Findings of Fact shall be filed and served by March 28, 2016;

2. The Parties' respective Responses to Post-Trial Proposed Findings of Fact shall be filed and served by April 15, 2016;

3. The Parties' respective Post-Trial Proposed Conclusions of Law shall be filed and served by May 2, 2016;

4. The Parties' respective Responses to Post-Trial Proposed Conclusions of Law shall be filed and served by May 16, 2016; and

5. Closing Arguments shall be held on May 23, 2016 at 11:30 am, with Plaintiffs and Defendants each permitted two (2) hours to present their Arguments.

Dated:  March 1, 2016                                  Respectfully submitted,

By: /s/ Arnold C. Lakind                              By: /s/ Jonathan M. Korn
Arnold C. Lakind                                      Jonathan M. Korn
SZAFERMAN, LAKIND,                                    BLANK ROME LLP
BLUMSTEIN & BLADER, P.C.                              301 Carnegie Center, 3rd Floor
101 Grovers Mill Road, Suite 200                      Princeton, NJ 08540
Lawrenceville, NJ 08648                               Tel:  (609) 750-7700
Tel:  (609) 275-0400                                  Fax:  (609) 897-7395
Fax: (609) 275-4511

*Attorneys for Plaintiffs*                            MILBANK, TWEED, HADLEY &
                                                      McCLOY LLP
                                                      James N. Benedict (*pro hac vice*)
                                                      Sean M. Murphy (*pro hac vice*)
                                                      James G. Cavoli (*pro hac vice*)
                                                      Robert C. Hora (*pro hac vice*)
                                                      Andrea G. Hood (*pro hac vice*)
                                                      28 Liberty Street
                                                      New York, NY 10005
                                                      (212) 530-5000

                                                      *Attorneys for Defendants AXA*
                                                      *Equitable Life Insurance Company and*
                                                      *AXA Equitable Funds Management*
                                                      *Group, LLC*