**BLANK ROME LLP**
*A Pennsylvania LLP*
Jonathan M. Korn, Esquire
301 Carnegie Center, 3rd Floor
Princeton, NJ  08540
(609) 750-7700 (Phone)
(609) 750-7701 (Fax)
Korn@BlankRome.com

James N. Benedict (*Pro Hac Vice*)
Sean M. Murphy (*Pro Hac Vice*)
Robert C. Hora *(Pro Hac Vice)*
**MILBANK, TWEED, HADLEY & MCCLOY LLP**
1 Chase Manhattan Plaza
New York, NY  10005
(212) 530-5000 (Phone)
(212) 530-5219 (Fax)
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARY ANN SIVOLELLA, for the use and benefit of the EQ/Common Stock Index Portfolio, the EQ/Equity Growth PLUS Portfolio, the EQ/Equity 500 Index Portfolio, the EQ/Large Cap Value PLUS Portfolio, the EQ/Global Multi-Sector Equity Portfolio, the EQ/Mid Cap Value PLUS Portfolio, the EQ/GAMCO Small Company Value, and the EQ/Intermediate Government Bond Index Portfolio, | Civil Action No. 3:11-cv-04194 (PGS)(DEA)<br><br>and<br><br>Civil Action No. 3:13-cv-00312 (PGS) |
| Plaintiff,<br><br>vs.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY and AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC,<br><br>Defendants. | *Filed Electronically* |
| GLENN D. SANFORD, *et al.,*<br><br>Plaintiffs,<br><br>vs.<br><br>AXA EQUITABLE FUNDS MANAGEMENT GROUP, LLC,<br><br>Defendant. | **NOTICE OF WITHDRAWAL OF APPEARANCE OF *PRO HAC VICE* COUNSEL IAN E. BROWNING** |

137574.00601/102040006v.1

Please take notice that Ian E. Browning, Esquire is no longer associated with Milbank Tweed Hadley & McCloy, LLP, and is no longer counsel of record representing Defendants AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC in this matter. Accordingly, kindly withdraw his individual appearance in the above-captioned action.

All other attorneys appearing in the case from Milbank Tweed Hadley & McCloy, LLP, and Blank Rome LLP continue to represent Defendants AXA Equitable Life Insurance Company and AXA Equitable Funds Management Group, LLC and remain counsel of record.

Respectfully submitted,

*/s/ Jonathan M. Korn*
JONATHAN M. KORN
**BLANK ROME LLP**
*A Pennsylvania LLP*
301 Carnegie Center, 3rd Floor
Princeton, NJ  08540
*Attorneys for Defendants*

Dated:  March 4, 2016