UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARY ANN SIVOLELLA, GLENN D. SANFORD, BRIAN A. SANCHEZ, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, et al.<br><br>Defendants. | Civil Action No.: 11-cv-4194 (PGS)(DEA) |
| GLENN D. SANFORD, et al.<br><br>Plaintiffs,<br><br>v.<br><br>AXA EQUITABLE LIFE INSURANCE COMPANY, et al.<br><br>Defendants. | **FINAL ORDER OF JUDGMENT**<br><br>RECEIVED<br><br>AUG 2 5 2016<br><br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK |

The Court having held a bench trial in January and February 2016, and the Court having heard the testimony of the witnesses, and considered the proposed findings of fact and conclusions of law submitted by the parties, and for the reasons set forth in the Opinion of this Court dated August 25, 2016, and for good cause shown,

**IT IS** on this 25th of August, 2016

**ORDERED AND ADJUDGED** that Plaintiffs' case is dismissed with prejudice for no cause of action.

_____
PETER G. SHERIDAN, U.S.D.J.